IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-754 |
| | ) |
| SHIELDEX TRADING GMBH, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S RULE 7.1 STATEMENT**

Plaintiff Parker-Hannifin Corporation ("Parker"), by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

(a) *The identity of any parent corporation*: Parker has no parent corporation.

(b) *The identity of any publicly held corporation that owns 10% or more of its stock*:

No publicly held corporation owns 10% or more of Parker's stock.


Dated: December 15, 2006

/s/ Francis DiGiovanni
Rudolf E. Hutz (#484)
Harold Pezzner (#479)
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
e-mail: fdigiovanni@cblh.com

*Attorneys for Parker-Hannifin*

504660_1