IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-cv-00754-*** |
| SHIELDEX TRADING GMBH, | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, Parker Hannifin Corporation, through undersigned counsel, dismisses the above action without prejudice.


Dated: January 18, 2008

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

*Attorneys for Plaintiff*

572494_1